UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

IATONDA TAYLOR,

        Plaintiff,                 Case No. 1:15-cv-927

v.                                         Honorable Paul L. Maloney

ARAMARK CORRECTIONAL
SERVICES, INC. et al.,

        Defendants.

_____/

## **JUDGMENT**

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's federal claims be DISMISSED WITH PREJUDICE for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

IT IS FURTHER ORDERED that Plaintiff's state-law claims be DISMISSED WITHOUT PREJUDICE.


Dated: December 16, 2015          /s/ Paul L. Maloney
                                              Paul L. Maloney
                                              United States District Judge